**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ignacio SOTO–HINOJOSA, aka Nacho,**
**Defendant–Appellant.**

**No. 07–10354.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Dec. 30, 2008.

Kathleen A. Servatius, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Harry M. Drandell, Law Office of Harry M. Drandell, Fresno, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE and RYMER, Circuit Judges.

MEMORANDUM **

Ignacio Soto–Hinojosa appeals from the 168–month sentence imposed after his guilty-plea conviction for possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Soto–Hinojosa contends that the district court clearly erred by denying him a miti-

---

* The panel unanimously finds this case suitable for decision argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

gating role reduction pursuant to U.S.S.G. § 3B1.2. We conclude that the district court did not clearly err in finding that Soto–Hinojosa was not a minimal or minor participant in the criminal activity. *See United States v. Awad,* 371 F.3d 583, 591 (9th Cir.2004).

Soto–Hinojosa also contends that the district court clearly erred by denying him safety-valve relief pursuant to U.S.S.G. § 5C1.2. We conclude that the district court did not clearly err in finding Soto–Hinojosa ineligible. *See United States v. Mejia–Pimental,* 477 F.3d 1100, 1104 (9th Cir.2007); *United States v. Miller,* 151 F.3d 957, 961 (9th Cir.1998).

Soto–Hinojosa further contends that the district court erred by denying his motion for a downward departure based on the 18 U.S.C. § 3553(a) factors and that his sentence is, therefore, substantively unreasonable. We conclude that the sentence is substantively reasonable in light of the totality of the circumstances. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc); *United States v. Dallman,* 533 F.3d 755, 760–761 (9th Cir.2008).

**AFFIRMED.**

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.